UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

IN RE:                          )
                                )
Business of the Court           )

## ORDER

Pursuant to Fed. R. Civ. P. 16 (c)(16), the Court, upon careful consideration, finds that in order to facilitate a just, speedy and inexpensive disposition of these actions, the pending cases identified below are consolidated and assigned to Judge Henry E. Autrey for the limited purpose of considering and ruling on the motions for remand currently pending or which may be filed in each case. Upon resolution of these motions, this consolidation shall be terminated and the cases will be restored to the dockets of the Judges who were originally assigned at time of filing for all further proceedings, unless otherwise ordered.

The lead case for purposes of this consolidation is: **K.B. Janssen Pharmaceutica, L.P., et al., 4:05CV1914HEA.** The clerk is directed to docket this order in each of the cases identified below:

| | |
|---|---|
| 4:05cv1935JCH | Vivek Agarwal v. Janssen Pharmaceutica, L.P. et al. |
| 4:05cv2086CDP | David Prince v. Janssen Pharmaceutica, L.P., et al. |
| 4:05cv2120JCH | Earl Cain, Jr. v. Janssen Pharmaceutica, L.P., et al |
| 4:05cv2122CDP | Anthony Howard v. Janssen Pharmaceutica, L.P. et al |
| 4:05cv2123JCH | Mary Hunter v. Janssen Pharmaceutica, L.P. et al |
| 4:05cv2124CDP | James V. West, Jr. v. Janssen Pharmaceutica, L.P. et al |
| 4:05cv2138HEA | Michael Johnson v. Janssen Pharmaceutica, L.P. et al |
| 4:05cv2144JCH | Andrea Hanks v. Eli Lilly & Co., et al |
| 4:05cv2150DJS | Anastasia M. Martin v. Eli Lilly & Co., et al |
| 4:05cv2152HEA | James Sage, etc. v. Janssen Pharmaceutica, L.P., et al |
| 4:05cv2154SNL | Joyce Saunders v. Dr. Linda Hughes, et al |
| 4:05cv2155CAS | David Michael Deruyter v. Janssen Pharmaceutica, L.P. et al |
| 4:05cv2181CEJ | Laura Hurst v. Janssen Pharmaceutica, L.P., et al |

| | |
|---|---|
| 4:05cv2182JCH | Joyce Lehar v. Janssen Pharmaceutica, L.P., et al |
| 4:05cv2183CAS | C.M. etc. v. Janssen Pharmaceutica, L.P., et al |
| 4:05cv2199JCH | Tina Robinson v. Janssen Pharmaceutica, L.P., et al |
| 4:05cv2026CDP | Winnie Alford v. Janssen Pharmaceutica, L.P., et al |
| 4:05cv2141CDP | Ryan Starkey v. Janssen Pharmaceutica, L.P., et al |
| 4:05cv2153CEJ | Shirley Smith v. Janssen Pharmaceutica, L.P., et al |
| 4:05cv2157CAS | Brenda Hiles v. Janssen Pharmaceutica, L.P., et al |

**SO ORDERED** this 27th day of April, 2006.

_____
CAROL E. JACKSON
CHIEF UNITED STATES DISTRICT JUDGE